No. 03–67.  OBADELE ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 03–68.  GIESBERG *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–70.  SHALLER *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 03–71.  STEPHAN ET AL. *v.* REFCO, INC.  C. A. 7th Cir. Certiorari denied.

No. 03–72.  SHARPE ET AL. *v.* CURETON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 03–75.  KING *v.* CITY OF BAINBRIDGE, GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 03–76.  DAILIDE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–77.  URANTIA FOUNDATION *v.* MICHAEL FOUNDATION, INC.  C. A. 10th Cir.  Certiorari denied.

No. 03–79.  GONZALEZ-GONZALEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–80.  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 98 PENSION FUND *v.* FOLEY.  C. A. 3d Cir.  Certiorari denied.

No. 03–81.  MASSEY *v.* BANK OF EDMONSON COUNTY AND DIRECTORS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–84.  BUTCHER *v.* UNITED STATES ET AL.  C. A. 6th Cir. Certiorari denied.

No. 03–85.  BROOKS ET AL. *v.* BOARD OF ELECTION COMMISSIONERS OF THE CITY OF CHICAGO.  App. Ct. Ill., 1st Dist.  Certiorari denied.